IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIM NO. 09-00114-KD |
| v. | * | |
| | * | |
| GREGORY LEE | * | |

## MOTION FOR DETENTION PENDING TRIAL

In response to the defense motion for release, the United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved (check all that apply):

    A. ____ Crime of Violence (18 U.S.C. § 3156).

    B. ____ This is an offense for which the maximum sentence is life imprisonment or death;

    C. _X_ This is a drug offense for which a maximum term of imprisonment of ten years is prescribed;

    D. ____ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. ____ There is a serious risk that the above-named defendant(s) will flee;

    F. ____ There is a serious risk that the above-named defendant will obstruct

     or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>.  The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure (check one or both):

  A.  __  The defendant's appearance as required; and/or

  B.  _X_  The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>.  The United States <u>will</u>/ will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because (check one or both):

  A.  _X_  There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed, <u>or</u> an offense under Title 18, United States Code, Section 924(c).

  B.  __  The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

  C.  __  The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense, and

  D.  __  A period of not more than five years has elapsed since the date of

        conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

    E.     The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>.  The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

    A. <u>  X  </u>    At first appearance; or

    B. <u>     </u>    After a continuance of ___ days (not to exceed three days).

5. <u>Other Matters</u>.  _____

_____.

Dated this 3rd day of September, 2009.

        EUGENE A. SEIDEL
        ACTING UNITED STATES ATTORNEY
        by:

        By: <u>*/s/ John G. Cherry*         </u>
        John G. Cherry (CHERJ5767)
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845
        Facsimile: (251) 441-5277
        E-mail: john.cherry@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2009, I electronically filed the foregoing with the Clerk of the Court and counsel for the defendant.

                                                */s/ John G. Cherry*
                                                John G. Cherry (CHERJ5767)
                                                Assistant United States Attorney