IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        *

vs.                              *        CASE NO. 09-114-KD

GREGORY LEE                      *

### SENTENCING MEMORANDUM

Defendant Gregory Lee has a very minor criminal history. In fact, his only criminal history point was for a possession of drug paraphernalia conviction, wherein he received an unsupervised probated sentence in Conecuh County, Alabama in February, 2009 for which he received his one (1) criminal history point. Also, since the Defendant was on unsupervised probation at the time of this offense he had an additional two (2) criminal history points added, resulting in three (3) criminal history points and a Criminal Category II and, more importantly, the removal of the ability to qualify for the safety valve. The Defendant entered his guilty plea and entered into a significant cooperation position with the government and, after numerous drug screenings by Pretrial Services, in fact had a negative showing in November, 2009.

Because of his inability to qualify for the safety valve, on its face, it would appear the loss of his acceptance of responsibility would not have any effect on

the sentence imposed as the minimum mandatory sentence of five (5) years is greater than the low end of the sentencing guideline range as reported in the Presentence Investigation Report of 57 to 71 months. However, the Defendant does not expect that to be the case as the Defendant does expect the United States will be filing a 5K1.1 motion on behalf of this Defendant because of his cooperation. This, of course, will allow the Court to sentence the Defendant at below the mandatory minimum sentence and it is believed that the loss of acceptance of responsibility has a very detrimental effect on the ultimate considerations in sentence which may be imposed in this case.

    Respectfully submitted,

**/s/ RICHARD G. ALEXANDER**
**RICHARD G. ALEXANDER – ALEXR4742**
**107 St. Francis Street**
**Suite 2500**
**Mobile, Alabama 36602**
**(251) 438-3666**

## CERTIFICATE OF SERVICE

    I do hereby certify and on the 21st day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Hon. John G. Cherry
    Asst. U.S. Attorney
    63 S. Royal Street
    Suite 600
    Mobile, AL 36602

and by depositing a copy thereof in the U.S. mail, properly addressed and first-class postage prepaid to:

    Hon. Krista D. Kuykendall
    Probation Officer
    P. O. Box 2985
    Mobile, AL  36652

**/s/ RICHARD G. ALEXANDER**