**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 09-00114** |
| **v.** | * | |
| | * | |
| **GREGORY LEE** | * | |

**MOTION FOR A DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. § 5K1.1.**

The United States of America, by and through the United States Attorney for the

Southern District of Alabama moves this Court to depart downward from the low end of the

applicable advisory sentencing guideline range for the defendant GREGORY LEE, pursuant to

U.S.S.G., Section 5K1.1, and I8 U.S.C. § 3553, and in support thereof states:

1.  GREGORY LEE'S cooperation and statements substantially assisted the United States

in the investigation of other subjects.

2.      As such, and under the specific circumstances of this case, the United States

recommends a downward departure of 25% (twenty-five percent) from the low end of the

applicable advisory guidelines range of 60 months, the statutory minimum, which would result in

a sentence of 45 months.

WHEREFORE, the United States respectfully moves, that the Court depart downward the

requested percentage when sentencing the defendant.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:

s/John G. Cherry
John G. Cherry (CHERJ5767)
Assistant United States Attorney
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

s/John G. Cherry
John G. Cherry (CHER5767)
Assistant United States Attorney

2